ORIGINAL                                                                                       ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Petitioner
ROBERT JOSEPH GARDNER

# United States District Court
## for the Northern District of California

| | |
|---|---|
| ROBERT JOSEPH GARDNER, | No. **3:16-CV-02663-EMC** |
| Petitioner, | |
| vs. | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |
| WILLIAM MUNIZ, Warden, Salinas Valley State Prison, | |
| Respondent. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Real Party in Interest. | |

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM

Good cause appearing, petitioner's second request for 30-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended from September 26, 2016, to and including, October 26, 2016.

Dated: San Francisco, California, __September 21, 2016_____.

IT IS SO ORDERED
Judge Edward M. Chen
_____ Judge

[Proposed] Order Granting Second Extension of Time to File Traverse and Reply Memorandum